**NOT FOR PUBLICATION**                                **CASE CLOSED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

J.G. and D.G. o/b/o JU. G. and JO. G.,

                Plaintiffs,

v.

PARAMUS BOARD OF EDUCATION,

                Defendant.

Civil Action No. 06-5612 (SDW)

**ORDER**

April 11, 2008

**WIGENTON**, District Judge.

For the reasons set forth in this Court's Opinion of April 11, 2008,

It is on this 11th day of April 2008,

**ORDERED** that Defendant's Motion for Summary Judgment[1] is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' Motion for Summary Judgment[2] is **DENIED**; and it is further

**ORDERED** that Defendant's request for counsel fees and costs is **DENIED**; and it is further

**ORDERED** that the Clerk of the Court shall remove this case from the Court's active docket.

                                                  s/Susan D. Wigenton, U.S.D.J.

cc: Madeline Cox Arleo, U.S.M.J.

---

[1] This Motion corresponds to docket entry 14.

[2] This Motion corresponds to docket entry 15.